**STATE of Missouri, Plaintiff/Respondent,**

v.

**Terry L. DUNGER, Jr., Defendant/Appellant.**

**No. ED 76302.**

Missouri Court of Appeals, Eastern District, Division Three.

April 4, 2000.

Irene C. Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., ROBERT G. DOWD, Jr., J., and SULLIVAN, J.

### ORDER

PER CURIAM.

Terry Dunger ("Defendant") appeals from a judgment of conviction of possession of a controlled substance with intent to deliver, a violation of Section 195.211

RSMo (1994). Defendant alleges trial court error in overruling Defendant's motions for mistrial. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not abuse its discretion. *State v. Ozier*, 961 S.W.2d 95, 98 (Mo.App. E.D.1998). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).